[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 430.]

PHAN, APPELLANT, *v*. PRESRITE CORPORATION ET AL.; LINEMASTER SWITCH CORPORATION, APPELLEE.

[Cite as *Phan v. Presrite Corp.*, 1995-Ohio-51.]

*Appeal dismissed as improvidently allowed.*

(No. 94-1071—Submitted May 23, 1995—Decided July 5, 1995.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 64821.

_____

*Jeffries, Kube, Forest & Monteleone Co., L.P.A., Michael R. Kube* and *Richard A. Vadnal,* for appellant.

*Rhoa, Follen & Rawlin Co., L.P.A., Albert J. Rhoa* and *James H. Crawford*, for appellee.

_____

{¶ 1} The cause is dismissed*, sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

_____

**COOK, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

_____